**Dennis Michael GALLIPEAU,**
**Plaintiff–Appellant,**

v.

**Linda Mickens HAM; James R. Metts,**
**Defendants–Appellees.**

No. 14–6949.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 18, 2014.

Decided: Nov. 20, 2014.

Dennis Michael Gallipeau, Appellant Pro Se. Justin Tyler Bagwell, William Henry Davidson, II, Davidson & Lindemann, PA, Columbia, South Carolina, for Appellees.

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dennis Michael Gallipeau appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Gallipeau v. Ham,* No. 9:13–cv–00505–TMC, 2014 WL 2613178 (D.S.C. June 10, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*